

FILED HSI

U.S. MARSHAL SERVICE
JUL 19 2024 AM 10:06

2024 AUG -5 PM 3:44

US DISTRICT COURT
EASTERN DIST. TENN.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:24-CR-78 |
| BRIAN KIRKSEY | ) | |
| | ) | **SEALED** |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRIAN KIRKSEY,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A). - Conspiracy to knowingly and intentionally distribute fifty (50) grams or more of methamphetamine
21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(B). - Conspiracy to knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl
18 U.S.C. § 922(g)(1). - Possession of a firearm by a convicted felon

Date: 7/18/24

City and state: Knoxville, TN

*Issuing officer's signature*

LEANNA R. WILSON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: 8/5/24

*Arresting officer's signature*

ALEXIS RODRIGUEZ, DUSM
*Printed name and title*

FID: 10346778   USMS: 52463-074
2474-0719-1038-J